**Abdel Latif TOURE, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

No. 07–3135.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2009.

Filed: July 10, 2009.

---

**1.** Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Abdel Latif Toure, a native of Guinea, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's order that found Toure removable as charged. We dismiss the petition. Toure was found removable based on two drug convictions that the immigration judge sustained, either of which would justify his removal, *see* 8 U.S.C. § 1227(a)(2)(A)(iii), (B)(i), and he contests the findings as to only one conviction, *see Morales Ventura v. Ashcroft*, 348 F.3d 1259, 1262–63 (10th Cir.2003) (issue is moot when court cannot grant effectual relief on issue). In any event, the specific issues he raises are not reviewable in this court, *see* 8 U.S.C. § 1252(a)(2)(C) (no court shall have jurisdiction to review final order of removal against alien who is removable by reason of committing criminal offense covered under, inter alia, 8 U.S.C. § 1227(a)(2)(B)), because he did not raise before the Board of Immigration Appeals (or here) a substantial and colorable constitutional challenge or a legal argument.

Accordingly, we dismiss the petition.